07-CV-01398-CMP



FILED
LODGED
ENTERED
RECEIVED

SEP 1 0 2007    DB

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a
Washington Corporation,

                       Plaintiff,

    v.

OLEKSIY KOVYRIN a/k/a ALEXEY
KOVYRIN, a Canadian resident, d/b/a DIGI
REAL ESTATE FOUNDATION; DIGI
REAL ESTATE FOUNDATION; and John
Does 1-10.

                       Defendants.

No. **C07-1398 MJB**

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF

Plaintiff Microsoft Corporation ("Microsoft") brings this action against Defendants

OLEKSIY KOVYRIN a/k/a ALEXEY KOVYRIN d/b/a DIGI REAL ESTATE

FOUNDATION, DIGI REAL ESTATE FOUNDATION, and John Does 1-10 (collectively

"Defendants"), and alleges as follows:

## I.    JURISDICTION AND VENUE

1.     This is a complaint for an injunction, damages and other appropriate relief to

stop Defendants from infringing Microsoft's trade and service marks by registering Internet

domain names that are identical or confusingly similar to Microsoft's trademarks and service

marks, and by using those domain names in bad faith to profit from Microsoft's marks.

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 1

K\20001103\03032\22182_SES\22182P20E1

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1     2.     In this action, Microsoft asserts violations of the Anticybersquatting Consumer

2  Protection Act, 15 U.S.C. § 1125(d); of sections 32 and 43 of the Lanham Act, 15 U.S.C. §

3  1114 (Trademark Infringement) and 1125(a) (False Designation of Origin, Unfair

4  Competition/False Advertising); of the Washington Consumer Protection Act (RCW Ch.

5  19.86); and of Washington common law.

6     3.     This Court has subject matter jurisdiction over Microsoft's claims pursuant to

7  15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338.

8     4.     This Court has personal jurisdiction over the defendants, who have engaged in

9  business activities in and directed to this district and have committed a tortious act within this

10  district.

11     5.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because a

12  substantial part of the events or omissions giving rise to Microsoft's claims occurred in this

13  judicial district, and because defendants are aliens.

14                    **II.**    **THE PARTIES**

15     6.     Plaintiff Microsoft is a Washington corporation with its principal place of

16  business in Redmond, WA.

17     7.     Upon information and belief, Defendant Oleksiy Kovyrin a/k/a Alexcy

18  Kovyrin is a Canadian resident doing business as Digi Real Estate Foundation.

19     8.     Upon information and belief, Defendant Digi Real Estate Foundation is a

20  Canadian entity purporting to be a corporation. Despite diligent efforts, Microsoft has not

21  been able to find any corporate records relating to Digi Real Estate Foundation.

22     9.     Microsoft is unaware of the true names and capacities of defendants sued

23  herein as JOHN DOES 1 - 10 and therefore sues these Defendants by such fictitious names.

24  Microsoft will amend this complaint to allege their true names and capacities when

25  ascertained. Microsoft is informed and believes and therefore alleges that each of the

26  fictitiously named Defendants are responsible in some manner for the occurrences herein

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 2

K:\00001030\00032\22182_SES\22182P20E1

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1   alleged, and that Microsoft's injuries as herein alleged were proximately caused by such
2   Defendants.

3       10.    The actions alleged herein to have been undertaken by the Defendants were
4   undertaken by each Defendant individually, were actions that each Defendant caused to occur,
5   were actions that each Defendant authorized, controlled, directed, or had the ability to
6   authorize, control or direct, and/or were actions in which each Defendant assisted, participated
7   or otherwise encouraged, and are actions for which each Defendant is liable. Each Defendant
8   aided and abetted the actions of the Defendants set forth below, in that each Defendant had
9   knowledge of those actions, provided assistance and benefited from those actions, in whole or
10  in part. Each of the Defendants was the agent of each of the remaining Defendants, and in
11  doing the things hereinafter alleged, was acting within the course and scope of such agency
12  and with the permission and consent of other Defendants.

13          **III.    MICROSOFT'S BUSINESS AND TRADEMARKS**

14      11.    Microsoft is a world leader in the market for software and related products.
15  Microsoft offers a wide range of products and services, including but not limited to computer
16  software such as the Microsoft Windows operating system and Microsoft Office; computer
17  hardware and accessories including keyboards and mice; gaming systems such as the
18  Microsoft XBOX and Microsoft XBOX 360; and Internet service and electronic mail services
19  such as the MSN and Windows Live Hotmail services, to name a few.

20      12.    Microsoft owns registrations for a number of trademarks and service marks
21  that it uses to identify its products and services in the marketplace. Among the marks owned
22  by Microsoft are the following registered marks (collectively the "Microsoft Marks"):
23  ACCESS; AGE OF EMPIRES; BCENTRAL; DIRECTX; EXCEL; HALO; HOTMAIL;
24  INTERNET EXPLORER; LINKEXCHANGE: MECHWARRIOR; MICROSOFT; MSN;
25  NETMEETING; POWERPOINT; VISUAL BASIC; WINDOWS; XBOX; XBOX 360; and
26  XBOX LIVE.

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 3

K:\2000103\03032\22182_SES\22182P20E1

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

13.     Since at least November 1992, Microsoft has used, in commerce, the trademark "ACCESS" to promote to promote general-purpose computer database software.

14.     On February 2, 2005, Microsoft applied for the registration of the ACCESS trademark. United States Trademark Registration No. 3,238,869 was issued on May 8, 2007. *See* Exhibit A. The ACCESS trademark is broadly recognized as a brand identifier for general-purpose computer database software and related products.

15.     Since at least October 12, 1997, Microsoft has used, in commerce, the trademark "AGE OF EMPIRES" to promote game software and other related products.

16.     On May 22, 1996, Microsoft applied for the registration of the AGE OF EMPIRES trademark. United States Trademark Registration No. 2,137,862 was issued on February 17, 1998. The AGE OF EMPIRES trademark is also the subject of United States Trademark Registration Nos. 2,427,249, 2,457,667, and 3,006,358. *See* Exhibit B. The AGE OF EMPIRES trademark is broadly recognized as a brand identifier for Microsoft's game software and related products.

17.     Since at least October 1999, Microsoft has used, in commerce, the service mark "BCENTRAL" to promote computer and computer information services.

18.     On August 20, 1999, Microsoft applied for the registration of the BCENTRAL service mark. United States Service Mark Registration No. 2,767,069 was issued on September 23, 2003. *See* Exhibit C. The BCENTRAL service mark is broadly recognized as a brand identifier for Microsoft's Internet management and information services.

19.     Since at least October 2, 1995, Microsoft has used, in commerce, the trademark "DIRECTX" to promote computer software for use in application development.

20.     On August 17, 1996, Microsoft applied for the registration of the DIRECTX trademark. United States Trademark Registration No. 2,051,539 was issued on April 8, 1997. *See* Exhibit D. The DIRECTX trademark is broadly recognized as a brand identifier for Microsoft's game and application software development.

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 4
K:\2000103\03032\22182_SES\22182P20C1

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022

21.    Since at least September 30, 1985, Microsoft has used, in commerce, the trademark "EXCEL" to promote spreadsheet software and related products.

22.    On April 12, 2004, Microsoft applied for the registration of the EXCEL trademark. United States Trademark Registration No. 2,942,050 was issued on April 19, 2005. *See* Exhibit E. The EXCEL trademark is broadly recognized as a brand identifier for Microsoft's spreadsheet software and related products.

23.    Since at least November 15, 2001, Microsoft's predecessor used, in commerce, the trademark "HALO" to promote game software and other related products.

24.    On February 11, 1999, Microsoft's predecessor applied for the registration of the HALO trademark. United States Trademark Registration No. 2,598,381 was issued on July 23, 2002. The HALO trademark is also the subject of United States Trademark Registration No. 2,837,420. *See* Exhibit F. The HALO trademark is broadly recognized as a brand identifier for Microsoft's game software and related products.

25.    Since at least July 4, 1996, Microsoft has used, in commerce, the trademark and service mark "HOTMAIL" to promote advertising and marketing services, including promoting the goods and services of others by placing advertisements and promotional displays in an electronic site accessed through computer networks.

26.    On April 10, 1997, Microsoft's predecessor, Hotmail Corporation, applied for the registration of the Hotmail trademark and service mark. United States Trademark Registration No. 2,165,601 was issued on June 16, 1998. *See* Exhibit G. The Hotmail trademark and service mark is broadly recognized as a brand identifier for Microsoft's software and hardware products and for electronic communications services.

27.    Since at least January 1, 1995, Microsoft's predecessor has used, in commerce, the trademark "INTERNET EXPLORER" to promote software for browsing the global computer network and secure private networks and related programs.

28.    On August 13, 1997, Microsoft's predecessor applied for the registration of the

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 5

K:\2000103\03032\22182_SES\22182P20E1

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1    INTERNET EXPLORER trademark. United States Trademark Registration No. 2,277,112

2    was issued on September 14, 1999. *See* Exhibit H. The INTERNET EXPLORER trademark is

3    broadly recognized as a brand identifier for Microsoft's software for browsing the global

4    computer network and secure private networks and related programs.

5          29.    Since at least March 1, 1996, Microsoft has used, in commerce, the service

6    mark "LINKEXCHANGE" to promote advertising services on global computer networks.

7          30.    On February 3, 1997, Microsoft's predecessor applied for the registration of

8    the LINKEXCHANGE service mark. United States Trademark Registration No. 2,199,349

9    was issued on October 27, 1998. *See* Exhibit I. The LINKEXCHANGE service mark is

10   broadly recognized as a brand identifier for Microsoft's promotion of advertising services on

11   global computer networks.

12         31.    Since at least December 31, 1989, Microsoft has used, in commerce; the

13   trademark "MECHWARRIOR" to promote game software and related products.

14         32.    On April 8, 1999, Microsoft applied for the registration of the

15   MECHWARRIOR trademark. United States Trademark Registration No. 2,508,485 was

16   issued on November 20, 2001. *See* Exhibit J. The MECHWARRIOR trademark is broadly

17   recognized as a brand identifier for Microsoft's game software and related products.

18         33.    Since at least November 12, 1975, Microsoft has used, in commerce, the

19   trademark and service mark "MICROSOFT" to promote its products and services.

20         34.    On October 22, 1979, Microsoft's predecessor applied for the registration of

21   the MICROSOFT trademark and service mark. United States Trademark Registration No.

22   1,200,236 was issued on July 6, 1982. The MICROSOFT trademark and service mark is also

23   the subject of United States Trademark Registration Nos. 1,966,382, 2,250,973, and

24   2,285,870. *See* Exhibit K. Microsoft's MICROSOFT trademark and service mark is broadly

25   recognized as identifying plaintiff Microsoft and its various products and services.

26         35.    Since at least March 7, 1995, Microsoft has used, in commerce, the trademark

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 6

K:\20001103\03032\22182_SES\22182P20E1

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  and service mark "MSN" to promote computer hardware and software as well as electronic

2  communications services.

3       36.    On April 25, 1997, Microsoft applied for the registration of the MSN

4  trademark and service mark. United States Trademark Registration No. 2,153,763 was issued

5  on April 28, 1998. The MSN trademark and service mark is also the subject of United States

6  Trademark Registration Nos. 2,201,105, 2,418,517, and 2,459,987. *See* Exhibit L. The MSN

7  trademark and service mark is broadly recognized as a brand identifier for Microsoft's

8  software and hardware products and for electronic communications services.

9       37.    Since at least May 29, 1996, Microsoft has used, in commerce, the trademark

10  "NETMEETING" to promote computer software and electronic communications services.

11       38.    On May 21, 1996, Microsoft applied for the registration of the NETMEETING

12  trademark. United States Trademark Registration No. 2,182,726 was issued on August 18,

13  1998. *See* Exhibit M. The NETMEETING trademark is broadly recognized as a brand

14  identifier for Microsoft's computer software and electronic communications services.

15       39.    Since at least April 20, 1987, Microsoft has used, in commerce, the trademark

16  "POWERPOINT" to promote computer software.

17       40.    On June 29, 1987, Microsoft applied for the registration of the POWERPOINT

18  trademark. United States Trademark Registration No. 1,475,795 was issued on February 9,

19  1988. *See* Exhibit N. The POWERPOINT trademark is broadly recognized as a brand

20  identifier for Microsoft's computer software.

21       41.    Since at least May 15, 1991, Microsoft has used, in commerce, the trademark

22  "VISUAL BASIC" to promote computer software.

23       42.    On November 1, 1990, Microsoft applied for the registration of the VISUAL

24  BASIC trademark. United States Trademark Registration No. 1,787,376 was issued on

25  August 10, 1993. *See* Exhibit O. The VISUAL BASIC trademark is broadly recognized as a

26  brand identifier for Microsoft's computer software.

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 7

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

43.     Since at least October 18, 1983, Microsoft has used, in commerce, the trademark and service mark "WINDOWS" to promote computer hardware, software, and other electronic services.

44.     On August 20, 1990, Microsoft applied for the registration of the WINDOWS trademark and service mark. United States Trademark Registration No. 1,872,264 was issued on January 10, 1995. The WINDOWS trademark and service mark is also the subject of United States Trademark Registration Nos. 1,875,069, 1,989,386, 2,005,901, 2,212,784, 2,463,509, 2,463,510, 2,463,526, 2,513,051, and 2,565,965. *See* Exhibit P. The WINDOWS trademark and service mark is broadly recognized as a brand identifier for Microsoft's software and hardware products and for other electronic services.

45.     Since at least November 1, 2001, Microsoft has used, in commerce, the trademark and service mark "XBOX" to promote television and video converters and related products, including the XBOX home entertainment system.

46.     On October 18, 1999, Microsoft applied for the registration of the XBOX trademark and service mark. United States Trademark Registration No. 2,646,465 was issued on November 5, 2002. The XBOX trademark and service mark is also the subject of United States Trademark Registration Nos. 2,663,880, 2,698,179, 2,730,847, 2,738,849, 2,775,859, 2,776,769, 2,786,794, 2,792,744, 2,811,895, 2,841,854, 2,907,179, 2,934,666 and others. *See* Exhibit Q. The XBOX trademark and service mark is broadly recognized as a brand identifier for Microsoft's entertainment products.

47.     Since at least November 15, 2002, Microsoft has used, in commerce, the trademark and service mark "XBOX LIVE" to promote entertainment services.

48.     On September 27, 2002, Microsoft applied for the registration of the XBOX LIVE trademark and service mark. United States Trademark Registration No. 2,902,268 was issued on November 9, 2004. The XBOX LIVE trademark and service mark is also the subject of United States Trademark Registration Nos. 2,940,679 and 2,940,682. *See* Exhibit

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 8

K:\20001\03\03032\22182_SES\22182P20E1

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

R. The XBOX LIVE trademark and service mark is broadly recognized as a brand identifier for Microsoft's entertainment services.

49.    Since at least November 22, 2005, Microsoft has used, in commerce, the trademark "XBOX 360" to promote interactive game devices.

50.    On May 12, 2005, Microsoft applied for the registration of the XBOX 360 trademark. United States Trademark Registration No. 3,252,556 was issued on June 12, 2007. *See* Exhibit S. The XBOX 360 trademark and is broadly recognized as a brand identifier for Microsoft's interactive game devices.

51.    The Microsoft Marks, as well as others owned by Microsoft, are used in interstate commerce in connection with the sale, offering for sale, distribution, and advertising of Microsoft's products and services. The Microsoft Marks are distinctive and were distinctive at the time of all acts alleged herein. As a result of Microsoft's substantial investment, the Microsoft Marks have developed extensive goodwill in the market. Accordingly, the Microsoft Marks are extremely valuable to Microsoft.

## IV.    MICROSOFT'S INTERNET PRESENCE

52.    Microsoft also maintains a substantial presence on the Internet. Via the Internet, Microsoft advertises its products and services, transacts business with its customers, offers its customers access to many of its services, and provides product support, among other things.

53.    In order to provide its customers with easy access to its online products and services, Microsoft has registered a number of Internet domain names. Many of these domain names correspond to Microsoft's trademarks and service marks. Examples of such domain names are <microsoft.com>; <microsoftwindows.com>; <xbox.com>; <msn.com>.

54.    Each of these domain names, as well as others registered to Microsoft, resolves to a Microsoft-created website that provides Microsoft's customers with information related

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 9
K:\2000103\03032\22182_SES\22182H20E1

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623 7022

1  to Microsoft's products and services. These websites generate business for Microsoft and

2  allow Microsoft to maintain relationships with its customers.

3      ## V.    DEFENDANTS' UNLAWFUL ACTIONS

4      55.    Defendants are the registrants and users of numerous Internet domain names

5  that contain or consist of Microsoft's marks and/or intentional misspellings of Microsoft's

6  marks. These domain names are hereinafter referred to as the "Infringing Domain Names."

7  A representative, though not necessarily exhaustive, list of 71 defendants' Infringing Domain

8  Names is attached hereto as **Appendix A**.

9

10     56.    The Infringing Domain Names are identical or confusingly similar to

11  Microsoft's marks. The Infringing Domain Names do not resolve to websites owned or

12  endorsed by Microsoft.

13     57.    Many of the Infringing Domain Names resolve to websites that are controlled

14  by Defendants (collectively referred to as "Defendants' Websites"). Many of these websites

15  display advertisements and/or hyperlinks featuring goods or services that are directly

16  competitive with Microsoft products and services.

17

18     58.    When a person looking for a Microsoft website lands on one of Defendants'

19  websites, that person may click on one of the advertisements or hyperlinks on the site either

20  because the person finds it easier to click on the advertisement or hyperlink than to continue

21  searching for the Microsoft site, or because the person mistakenly believes Microsoft has

22  authorized or endorsed the advertisements or hyperlinks. In either case, the person has been

23  diverted from the Microsoft website he or she was seeking to visit, and Microsoft has lost the

24  opportunity to interact with that person.

25

26     59.    Defendants use the Infringing Domain Names to profit from the Microsoft

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 10

K:\2000\103\03032\22182_SES\22182P20E1

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Marks. Upon information and belief, Defendants receive a payment when Internet users click on one or more links or advertisements on the websites of the Infringing Domain Names. Defendant receives these payments from one or more advertisers, affiliate programs, or search engines.

60.    Defendants are not affiliated with, or sponsored by, Microsoft and have not been authorized by Plaintiff to use the Microsoft Marks. Defendants have not now or ever been authorized by Plaintiff to use or register any name or mark that includes the Microsoft Marks.

61.    Upon information and belief, Defendants' registration and use of the Infringing Domain Names is to primarily capitalize on the goodwill associated with the Microsoft Marks.

## COUNT I
### (Cybersquatting under the Anti-Cybersquatting Consumer Protection Act – 15 U.S.C. § 1125(d))

62.    Microsoft realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 61 above.

63.    The Microsoft Marks were distinctive at the time Defendants registered the Infringing Domain Names and remain distinctive today.

64.    The Infringing Domain Names were identical or confusingly similar to the Microsoft Marks at the time Defendants registered the Infringing Domain Names, and remain so today.

65.    Defendants have registered and used the Infringing Domain Names with bad faith intent to profit from the goodwill established by Microsoft in the Microsoft Marks.

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 11

K:\2000103\0301\22182_SES\22182P20E1

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

66. Defendants' registration and use of the Infringing Domain Names has caused and will continue to cause damage to Microsoft, in an amount to be proved at trial, and is causing irreparable harm to Microsoft, for which there is no adequate remedy at law. Therefore, Plaintiff is entitled to injunctive relief.

67. Microsoft is entitled to recover Defendants' profits, actual damages and costs in an amount to be proven at trial or statutory damages of up to $100,000 per domain name, treble damages, attorneys' fees and transfer of the Infringing Domain Names to Microsoft.

## COUNT II
### (Trademark Infringement Under the Lanham Act- 15 U.S.C. § 1114)

68. Microsoft realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 67 above.

69. Defendants' wrongful and unauthorized use of the Microsoft Marks and counterfeits of the Microsoft Marks to promote, market, or sell products and services constitutes trademark infringement pursuant to 15 U.S.C. § 1114.

70. Defendants' intentional and willful infringement of the Microsoft Marks has caused and will continue to cause damage to Microsoft, in an amount to be proved at trial, and is causing irreparable harm to Microsoft for which there is no adequate remedy at law.

71. Microsoft is entitled to recover damages and to recover its costs herein in an amount to be proven at trial. Microsoft is also entitled to injunctive relief against Defendants.

72. Microsoft is further entitled to recovery of statutory damages, treble damages and attorneys' fees.

## COUNT III
### (False Designation of Origin Under the Lanham Act - 15 U.S.C. § 1125(a))

73. Microsoft realleges and incorporates by this reference each and every

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 12

K:\2000\030303\22182_SES\22182P20F1

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022

allegation set forth in paragraphs 1 through 72 above.

74.    The Microsoft Marks are distinctive marks that are associated with Microsoft and exclusively identify Microsoft's business, products, and services.

75.    Defendants have used and continue to use the Microsoft Marks in connection with goods or services, in commerce, in a manner that is likely to cause confusion, mistake, or deception as to the origin, sponsorship, or approval of such goods or services.

76.    Microsoft has been damaged by these acts in an amount to be proved at trial. Microsoft is also entitled to injunctive and other equitable relief against Defendants.

## COUNT IV
### (Unfair Competition/False Advertising Under the Lanham Act - 15 U.S.C. § 1125(a))

77.    *Microsoft realleges and incorporates by this reference each and every* allegation set forth in paragraphs 1 through 76 above.

78.    Defendants have used and continue to use the Microsoft Marks in connection with goods or services with false and misleading descriptions or representations of fact in commercial advertising or promotion, thereby misrepresenting the nature, characteristics, and qualities of their or another person's goods, services, or commercial activities.

79.    Microsoft is entitled to damages in an amount to be proved at trial and attorneys' fees. Microsoft is also entitled to injunctive relief and other equitable relief against Defendants.

## COUNT V
### (Unfair Business Practices - RCW § 19.86 *et seq*)

80.    Microsoft realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 79 above.

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 13

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

81.   Defendants' use of the Microsoft Marks to promote, market, or sell products and services constitutes an Unfair business practice pursuant to RCW § 19.86 *et seq.* Defendants' use of the Microsoft Marks is an unfair or deceptive practice occurring in trade or commerce that impacts the public interest and has caused injury to Microsoft.

82.   Defendants' unfair business practice has caused and will continue to cause damage to Microsoft, and is causing irreparable harm to Microsoft for which there is no adequate remedy at law.

83.   Defendants' actions violated RCW Ch. 19.86 *et seq.*, and Microsoft is entitled to injunctive relief and to recovery of actual damages. Microsoft is also entitled to treble damages and an award of its attorneys' fees and costs.

## COUNT VI
### (Washington Common Law Unfair Competition)

84.   Microsoft realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 83 above.

85.   Defendants' use of the Microsoft Marks has infringed on their distinctive features in a manner that tends to confuse, in the public mind, Defendants' products and advertising with Microsoft's products and advertising. Defendants' conduct has caused and will continue to cause damage to Microsoft, and is causing irreparable harm to Microsoft for which there is no adequate remedy at law.

## COUNT VII
### (Unjust Enrichment)

86.   Microsoft realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 85 above.

87.   The acts of Defendants complained of herein constitute unjust enrichment of the Defendants at Microsoft's expense in violation of the common law of Washington.

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 14

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

88.     Microsoft has been damaged in an amount to be proved at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Microsoft respectfully requests that the Court enter judgment against Defendants as follows:

1.      That the Court issue temporary and permanent injunctive relief against Defendants and that Defendants, their officers, agents, representatives, servants, employees, attorneys, successors and assignees, and all others in active concert or participation with Defendants, be enjoined and restrained from:

a)      infringing Microsoft's trademarks and service marks;

b)      registering, using or trafficking any domain names that are identical or confusingly similar to the Microsoft Marks, including but not limited to domain names containing the Microsoft Marks and domain names containing misspellings of the Microsoft Marks;

c)      assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs a) through b) above.

2.      That the Court orders the forfeiture or cancellation of the Infringing Domain Names and the transfer of the Infringing Domain Names to Microsoft;

3.      That the Court award Microsoft actual damages, liquidated damages and statutory damages, in amount to be proven at trial;

4.      That the Court award Microsoft treble damages in an amount to be proven at trial;

5.      That the Court award Microsoft its attorneys' fees and costs incurred herein, including prejudgment and post-judgment interest; and

6.      That the Court grants Microsoft all other relief to which it is entitled and such other or additional relief as is just and proper under these circumstances.

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 15

K:\20001030\03\3232182_SES\3232182P20E1

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE (206) 623-7580
FACSIMILE (206) 623-7022

1

2

DATED this _10th_ day of September, 2007.

3

4

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

5

6

By _____

7

David A. Bateman, WSBA # 14262
Pallavi Mehta Wahi WSBA # 32799
Attorneys for Plaintiff
Microsoft Corporation

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 16

K:\2000103\03032\22182_SES\22182P20E1

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**Appendix A – Defendants' Infringing Domain Names**

ageofempireii.com
bcentraldirect.com
broadbandmsn.com
convertexceltopdf.com
convertpdftocxcel.com
directx10.com
exceltutorial.com
freexboxlive.com
halomap.com
hotmailchatroom.com
interneexplorer.com
linkexchangesuite.com
mcchwarior.com
microsoftaccessdatabase.com
microsoftantivirus.com
microsoft-developer.com
microsoftemail.com
microsoftsqlserver.com
microsoftstudent.com
microsoftvisualbasic.com
mmsnsearch.com
msaccessdatabase.com
msnaccount.com
msnaearch.com
msnantispyware.com
msnbcreconnect.com
msnblockcheck.com
msnblockdetect.com
msnbrowser.com
msndearch.com
msndialup.com
msnhomeadvisor.com
msnhotmai.com
msnhotmial.com
msnmessegner.com
msnmessener.com
msnmoble.com
msnmuisc.com
msnpersonal.com
msnseaarch.com
msnscacch.com
msnscarcch.com
msnscarcg.com
msnsearrch.com
msnseatch.com
msnsccarch.com
msnsesrch.com
msnskin.com

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 17

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  msnssearch.com
   msnwallet.com
2  netmeetingtools.com
   nightlymsn.com
3  powerpointprojector.com
   powerpointtemplate.com
4  seaechmsn.com
   searcgmsn.com
5  scarcmsn.com
   scarhmsn.com
6  serachmsn.com
   sesrchmsn.com
7  windoms.com
   windowmoviemaker.com
8  windowsmedaiplayer.com
   windowsmedaplayer.com
9  windowsserver.com
   windowsupdae.com
10 wwwxbox360.com
   xbox360stock.com
11 xboxccts.com
   xbox-games.net
12 xboxskin.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

COMPLAINT FOR DAMAGES AND
EQUITABLE RELIEF - 18

K:\2000103\03032\22182 SES\22182P20E1

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623 7022

# Exhibit A

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 3,238,869

## United States Patent and Trademark Office

Registered May 8, 2007

### TRADEMARK
### PRINCIPAL REGISTER

# ACCESS

MICROSOFT CORPORATION (WASHINGTON CORPORATION)

ONE MICROSOFT WAY

REDMOND, WA 980526399

FOR: GENERAL PURPOSE COMPUTER DATA-BASE SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-0-1992; IN COMMERCE 11-0-1992.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,739,829, 1,741,086, AND 2,254,102.

SEC. 2(F).

SER. NO. 78-559,056, FILED 2-2-2005.

ANNE E. GUSTASON, EXAMINING ATTORNEY

# Exhibit B

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

Reg. No. 2,137,862

## United States Patent and Trademark Office

Registered Feb. 17, 1998

### TRADEMARK
### PRINCIPAL REGISTER

## AGE OF EMPIRES

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980525399

FOR: COMPUTER PROGRAMS, NAMELY, GAME SOFTWARE, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-12-1997; IN COMMERCE 10-12-1997.

SN 75-108,153, FILED 5-22-1996.

SCHUYLA GOODSON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,427,249

Registered Feb. 6, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## AGE OF EMPIRES

MICROSOFT CORPORATION (WASHINGTON COR-
PORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: SHIRTS, SWEATSHIRTS, JACKETS, CAPS,
SWEATERS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-0-1999; IN COMMERCE 2-0-1999.
OWNER OF U.S. REG. NO. 2,137,862.

SN 75-432,061, FILED 2-10-1998.

CAROLINE WEST, EXAMINING ATTORNEY

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50**

## United States Patent and Trademark Office

Reg. No. 2,457,667

Registered June 5, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## AGE OF EMPIRES

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: BOOKS, INSTRUCTION MANUALS, USER GUIDES AND REFERENCE GUIDES ALL ION THE FIELD OF COMPUTERS, COMPUTER NETWORKS AND GLOBAL COMMUNICATION NEWWORKS, COMPUTER PROGRAMS AND RELATED TOPICS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-0-1997; IN COMMERCE 10-0-1997.

OWNER OF U.S. REG. NO. 2,137,862.

SN 75-432,063, FILED 2-10-1998.

BRETT TOLPIN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 3,006,358

Registered Oct. 11, 2005

## TRADEMARK
## PRINCIPAL REGISTER

## AGE OF EMPIRES

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS, NAMELY, GAME SOFTWARE FOR USE ON COMPUTERS AND VIDEO GAME PLAYERS; PRERECORDED CDS AND DVDS FEATURING SOUND AND VIDEO IN THE FIELDS OF MUSIC, LIVE ACTION PROGRAMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-12-1997; IN COMMERCE 10-12-1997.

OWNER OF U.S. REG. NOS. 2,137,862, 2,427,249, AND 2,457,667.

SN 78-172,342, FILED 10-8-2002.

GINA HAYES, EXAMINING ATTORNEY

# Exhibit C

Int. Cls.: 38, 39, and 42

Prior U.S. Cls.: 100, 101, 104, and 105

## United States Patent and Trademark Office

Reg. No. 2,767,069

Registered Sep. 23, 2003

### SERVICE MARK
### PRINCIPAL REGISTER

## BCENTRAL

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: PROVIDING MULTIPLE USER ACCESS TO WEB SITES ON A GLOBAL COMPUTER NET-WORK, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 10-0-1999; IN COMMERCE 10-0-1999.

FOR: TRAVEL INFORMATION SERVICES, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 10-0-1999; IN COMMERCE 10-0-1999.

FOR: COMPUTER AND COMPUTER INFORMA-TION SERVICES, NAMELY, PROVIDING TECHNI-CAL ASSISTANCE TO OTHERS IN THE FIELD OF WEB SITE MANAGEMENT, EMAIL MANAGE-MENT SERVICES AND SECURITY SERVICES FOR WEB SITES; PROVIDING TECHNICAL INFORMA-TION ON WEB ACCESS, WEB SITE MANAGEMENT, EMAIL MANAGEMENT AND WEB SITE SECURITY VIA COMPUTER NETWORKS AND GLOBAL COM-MUNICATION NETWORKS; AND WEB HOSTING SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 10-0-1999; IN COMMERCE 10-0-1999.

SN 75-780,978, FILED 8-20-1999.

BARBARA BROWN, EXAMINING ATTORNEY

# Exhibit D

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,051,539

Registered Apr. 8, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## DIRECTX

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS FOR USE IN THE DESIGN, DEVELOPMENT AND EXECUTION OF GAME PROGRAMS AND OTHER AP-PLICATION PROGRAMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10–2–1995; IN COMMERCE 10–2–1995.

SN 74–716,755, FILED 8–17–1995.

WANDA KAY PRICE, EXAMINING ATTORNEY

# Exhibit E

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,942,050
Registered Apr. 19, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# EXCEL

MICROSOFT CORPORATION (WASHINGTON
CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY,
SPREADSHEET SOFTWARE; AND COMPUTER
PROGRAMS FOR CREATING CHARTS AND
GRAPHS FROM ELECTRONIC SPREADSHEETS,
IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-1985; IN COMMERCE 9-30-1985.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-400,429, FILED 4-12-2004.

WON TEAK OH, EXAMINING ATTORNEY

# Exhibit F

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,598,381

## United States Patent and Trademark Office

Registered July 23, 2002

### TRADEMARK
### PRINCIPAL REGISTER

## HALO

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 98052 BY MERGER BUNGIE SOFT-
WARE PRODUCTS CORPORATION (ILLINOIS
CORPORATION) CHICAGO, IL 60610

FOR: COMPUTER GAME SOFTWARE, IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-15-2001; IN COMMERCE 11-15-2001.

SN 75-638,523, FILED 2-11-1999.

CHARLES JOYNER, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

Reg. No. 2,837,420

## United States Patent and Trademark Office

Registered Apr. 27, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## HALO

MICROSOFT CORPORATION (WASHINGTON
   CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: PUBLICATIONS, NAMELY, A SERIES OF
FICTION BOOKS, STRATEGY GUIDES ALL IN THE
FIELD OF SCIENCE FICTION, GAMES AND EN-
TERTAINMENT , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23,
29, 37, 38 AND 50).

FIRST USE 10-0-2001; IN COMMERCE 10-0-2001.

SN 78-975,182, FILED 3-27-2001.

ANDREA K. NADELMAN, EXAMINING ATTOR-
NEY

# Exhibit G

Int. Cls.: 35 and 38

Prior U.S. Cls.: 100, 101, 102 and 104

United States Patent and Trademark Office

Reg. No. 2,165,601
Registered June 16, 1998

## SERVICE MARK
## PRINCIPAL REGISTER

## HOTMAIL

HOTMAIL CORPORATION (CALIFORNIA CORPORATION)
1290 OAKMEAD PARKWAY, SUITE 218
SUNNYVALE, CA 94086

FOR: ADVERTISING AND MARKETING SERVICES, NAMELY, PROMOTING THE GOODS AND SERVICES OF OTHERS BY PLACING ADVERTISEMENTS AND PROMOTIONAL DISPLAYS IN AN ELECTRONIC SITE ACCESSED THROUGH COMPUTER NETWORKS AND BY DELIVERING ADVERTISEMENTS AND PROMOTIONAL MATERIALS TO OTHERS VIA ELECTRONIC MAIL, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-4-1996; IN COMMERCE 7-4-1996.

FOR: ELECTRONIC MAIL SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 7-4-1996; IN COMMERCE 7-4-1996.

SER. NO. 75-272,783, FILED 4-10-1997.

EDWARD NELSON, EXAMINING ATTORNEY

# Exhibit H

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

## United States Patent and Trademark Office

Reg. No. 2,277,112
Registered Sep. 14, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## INTERNET EXPLORER

SYNET, INC. (ILLINOIS CORPORATION)
2148 OXNARD DRIVE
DOWNERS GROVE, IL 60516

FOR: BROWSERS, NAMELY, SOFTWARE FOR BROWSING THE GLOBAL COMPUTER NETWORK AND SECURE PRIVATE NETWORKS, AND SOFTWARE PROGRAMS TO CONNECT COMPUTERS TO THE GLOBAL COMPUTER NETWORK AND TO SECURE PRI-

VATE NETWORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).
FIRST USE 10-0-1994; IN COMMERCE 1-1-1995.
NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "INTERNET", APART FROM THE MARK AS SHOWN.

SER. NO. 75-340,051, FILED 8-13-1997.

JENNIFER KRISP, EXAMINING ATTORNEY

# Exhibit I

Int. Cls.: 35 and 42

Prior U.S. Cls.: 100, 101 and 102

**Reg. No. 2,199,349**

## United States Patent and Trademark Office

Registered Oct. 27, 1998

### SERVICE MARK
### PRINCIPAL REGISTER

## LINKEXCHANGE

LINKEXCHANGE, INC. (CALIFORNIA CORPO-
RATION)
217 SECOND STREET
SAN FRANCISCO, CA 94105 , BY CHANGE OF
NAME FROM LINK EXCHANGE, INC.
(CALIFORNIA CORPORATION) SAN FRAN-
CISCO, CA 94105

FOR: ADVERTISING SERVICES, NAMELY,
ADVERTISING THE GOODS AND SERVICES
OF OTHERS, IN CLASS 35 (U.S. CLS. 100, 101
AND 102).
FIRST USE 3-1-1996; IN COMMERCE
3-1-1996.

FOR: PROVIDING ELECTRONIC DATA-
BASE ON GLOBAL COMPUTER NETWORKS
DEALING WITH CONNECTED WEB SITES
ARRANGED BY SHARED INTERESTS OF
USERS FOR THE PURPOSE OF ADVERTISING
THE GOODS AND SERVICES OF USERS, IN
CLASS 42 (U.S. CLS. 100 AND 101).
FIRST USE 3-1-1996; IN COMMERCE
3-1-1996.

SER. NO. 75-235,084, FILED 2-3-1997.

RICHARD A. STRASER, EXAMINING ATTOR-
NEY

# Exhibit J

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,508,485
Registered Nov. 20, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## MECHWARRIOR

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS, NAMELY GAME SOFTWARE FOR USE ON COMPUTERS AND VIDEO GAME PLAYERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-1989; IN COMMERCE 12-31-1989.

SER. NO. 75-677,827, FILED 4-8-1999.

ESTHER A. BORSUK, EXAMINING ATTORNEY

# Exhibit K

### Certificate of Correction

Registered July 6, 1982                    Registration No. 1,200,236

Microsoft Corporation, by change of name and assignment from Microsoft

It is hereby certified that the above identified registration is in error requiring correction as follows:

In the statement, column 1, before line 1, *Microsoft Corporation (Washington corporation), 10700 Northup Way, Bellevue. Wash. 98004, by change of name and assignment from* should be inserted.

The said registration should be read as corrected above.

Signed and sealed this 3rd day of April 1984.

[SEAL]

Attest:

MICHAEL J. HYNAK,                    GERALD J. MOSSINGHOFF,
*Attesting Officer.*                    *Commissioner of Patents and Trademarks.*

Int. Cls.: 9 and 42

Prior U.S. Cls.: 26, 38 and 101

## United States Patent and Trademark Office

Reg. No. 1,200,236
Registered Jul. 6, 1982

## TRADEMARK
## SERVICE MARK
### Principal Register

# MICROSOFT

Microsoft (partnership)
Suite 819
10800 NE. 8th
Bellevue, Wash. 98004

    For: COMPUTER PROGRAMS, in CLASS 9
(U.S. Cls. 26 and 38).
    First use Nov. 12, 1975; in commerce Nov. 12,
1975.
    For: COMPUTER PROGRAMMING SER-

VICES, in CLASS 42 (U S Cl. 101)
    First use Nov. 12, 1975; in commerce Nov. 12,
1975

    Ser. No. 236,080, filed Oct. 22, 1979.

B. H. VERTIZ, Primary Examiner

CHERYL LYNNE HENDERSON, Examiner

Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

## United States Patent and Trademark Office

Reg. No. 1,966,382
Registered Apr. 9, 1996

### SERVICE MARK
PRINCIPAL REGISTER

## MICROSOFT

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980326399

FOR: TELECOMMUNICATIONS SERVICES, NAMELY THE RECEIPT AND DELIVERY OF MESSAGES, DOCUMENTS AND OTHER DATA BY ELECTRONIC TRANSMISSION, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 3-24-1987; IN COMMERCE 3-24-1987.

OWNER OF U.S. REG. NOS. 1,200,236, 1,731,160 AND OTHERS.

SER. NO. 74-590,997, FILED 10-26-1994.

PAUL KRUSE, EXAMINING ATTORNEY

Int. Cl.: 38

Prior U.S. Cls.: 100, 101 and 104

**United States Patent and Trademark Office**

Reg. No. 2,250,973

Registered June 8, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

## MICROSOFT

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: TELECOMMUNICATION SERVICES, NAMELY, THE RECEIPT AND DELIVERY OF MESSAGES, DOCUMENTS, IMAGES AND OTHER DATA BY ELECTRONIC TRANSMIS-SION; ELECTRONIC MAIL SERVICES; PRO-VIDING BULLETIN BOARD SERVICES AND CHAT SERVICES BY MEANS OF GLOBAL COMMUNICATION NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 3-7-1995; IN COMMERCE 3-7-1995.

OWNER OF U.S. REG. NOS. 1,200,236, 1,673,353 AND OTHERS.

SER. NO. 75-358,289, FILED 9-17-1997.

G. T. GLYNN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,285,870

## United States Patent and Trademark Office

Registered Oct. 12, 1999

## TRADEMARK
### PRINCIPAL REGISTER

# MICROSOFT

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS FOR USE IN AUTOMOBILES, NAMELY, COMPUTER PROGRAMS FOR MONITORING AUTOMOBILE PERFORMANCE, FOR MAPPING AND NAVIGATION, FOR ELECTRONIC MAIL AND WIRELESS COMMUNICATION, FOR MAINTAINING PERSONAL DIRECTORIES, CONTACT LISTS, ADDRESS AND TELEPHONE NUMBER LISTS; OPERATING SYSTEM PROGRAMS AND UTILITIES; COMPUTER PROGRAMS FOR USE IN THE DEVELOPMENT OF OTHER PROGRAMS FOR USE IN AUTOMOBILE COMPUTERS; AND COMPUTER PROGRAMS FOR PROVIDING ENTERTAINMENT, TRAFFIC INFORMATION, NEWS AND OTHER INFORMATION; COMPUTER PROGRAMS FOR WALLET-SIZED PERSONAL COMPUTERS, NAMELY, PERSONAL INFORMATION MANAGER PROGRAMS WITH CALENDARS, CONTACT INFORMATION FILES AND TO DO LISTS; NOTE TAKING PROGRAMS; PROGRAMS FOR FACILITATING VOICE, TEXT AND PEN INPUT; ELECTRONIC MAIL PROGRAM; ACCESS PROGRAMS FOR GLOBAL COMMUNICATION NETWORKS; PROGRAMS FOR WIRELESS COMMUNICATIONS; OPERATING SYSTEM PROGRAMS AND UTILITIES; COMPUTER PROGRAMS FOR USE IN DEVELOPING OTHER PROGRAMS FOR USE ON WALLET-SIZED PERSONAL COMPUTERS; COMPUTER PROGRAMS FOR USE WITH PHONES AND PAGERS; COMPUTER PROGRAMS FOR ACCESSING GLOBAL COMMUNICATION NETWORKS AND DISPLAYING CONTENT THEREFROM; COMPUTER PROGRAMS FOR ELECTRONIC PAGERS AND ELECTRONIC PAGER MODULES, NAMELY, OPERATING SYSTEM PROGRAMS AND UTILITIES; COMPUTER PROGRAMS FOR PROVIDING PAGING AND WIRELESS COMMUNICATION FUNCTIONS; COMPUTER PROGRAMS FOR USE WITH HAND-HELD COMPUTERS, NAMELY, OPERATING SYSTEM AND UTILITY PROGRAMS; A FULL LINE OF BUSINESS APPLICATION PROGRAMS FOR USE WITH HAND-HELD COMPUTERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-0-1980; IN COMMERCE 12-0-1981.

OWNER OF U.S. REG. NOS. 1,966,382, 2,042,216, AND OTHERS.

SN 75-180,620, FILED 10-10-1996.

HENRY S. ZAK, EXAMINING ATTORNEY

# Exhibit L

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,153,763

## United States Patent and Trademark Office

Registered Apr. 28, 1998

### TRADEMARK
#### PRINCIPAL REGISTER

### MSN

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 98052-6399

FOR: COMPUTER PROGRAMS FOR TRANS-MITTING AND RECEIVING ELECTRONIC MAIL, TEXT GRAPHICS, AUDIO, VIDEO AND OTHER DATA FROM A REMOTE COMPUTER NETWORK AND FOR ACCESSING GLOBAL COMMUNICATIONS NETWORKS; COMPUTER PROGRAMS FOR ACCESSING INTERACTIVE GAMES AND ON-LINE SHOPPING SERVICES; COMPUTER PROGRAMS FOR ACCESSING IN-FORMATION IN A WIDE VARIETY OF FIELDS INCLUDING NEWS, ENTERTAIN-MENT, MUSIC, TRAVEL, INVESTMENTS, SPORTS, COMPUTERS, PARENTING, AND GENERAL REFERENCE INFORMATION, IN CLASS 9 (U.S. CLS. 21, 23, 26 AND 38).

FIRST USE 2-7-1998; IN COMMERCE 3-7-1998.

OWNER OF U.S. REG. NOS. 2,014,296, 2,043,922, AND 2,043,934.

SER. NO. 75-280,934, FILED 4-23-1997.

SCHUYLA GOODSON, EXAMINING ATTOR-NEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,201,105

## United States Patent and Trademark Office

Registered Nov. 3, 1998

### SERVICE MARK
#### PRINCIPAL REGISTER

## MSN

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 98052977

FOR: PROVIDING INFORMATION IN A WIDE VARIETY OF NON-MUSIC RELATED FIELDS OVER COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS; PROVIDING GENERAL REFERENCE INFORMATION OVER COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS; PROVIDING INFORMATION CONCERNING PARENTING AND CHILDREN'S HEALTH, NUTRITION, AND WELL BEING OVER COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS; PROVIDING INFORMATION CONCERNING COMPUTERS AND COMPUTER SOFTWARE OVER COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS; PROVIDING ACCESS TO COMPUTER DATA BASES AND WEB SITES OF OTHERS IN VARIOUS FIELDS BY MEANS OF A GLOBAL COMMUNICATIONS NETWORK; PROVIDING BULLETIN BOARD SERVICES AND CHAT SERVICES BY MEANS OF GLOBAL COMMUNICATION NETWORKS; ELECTRONIC MAIL SERVICES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3-7-1995; IN COMMERCE 3-7-1995.

OWNER OF U.S. REG. NOS. 2,014,296, 2,043,002, AND 2,043,004.

SER. NO. 75-280,961, FILED 4-25-1997.

KATHERINE STOIDES, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,418,517
Registered Jan. 9, 2001

### SERVICE MARK
### PRINCIPAL REGISTER

## MSN

MICROSOFT CORPORATION (WASHINGTON COR-
PORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: PROVIDING INFORMATION IN THE FIELDS
OF MOVIES AND SPORTS VIA A GLOBAL COM-
PUTER NETWORK, IN CLASS 41 (U.S. CLS. 100,
101 AND 107).

FIRST USE 3-7-1995; IN COMMERCE 3-7-1995.

OWNER OF U.S. REG. NOS. 2,014,296, 2,043,002,
AND 2,043,004.

SER. NO. 75-288,974, FILED 4-23-1997.

KATHERINE STOIDES, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,459,987

Registered June 12, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## MSN

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: PENS, PENCILS, MARKERS, STATIONERY, STATIONARY-TYPE PORTFOLIOS, CLIPBOARDS, DESK SETS, MOUNTED AND UNMOUNTED PHO-TOGRAPHS, POSTERS, MAGNETIC BOARDS, MEMO PADS, BINDERS, . PAPERWEIGHTS, PAPER COASTERS, CALENDARS, NOTEBOOKS, BOOK COVERS, STICKER BOOKS, AND GREETING CARDS; NEWSLETTERS, PAMPHLETS, MAGA-ZINES, BOOKS, INSTRUCTION MANUALS, USER GUIDES AND REFERENCE GUIDES ALL IN THE

FIELD OF COMPUTERS, COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS, COMPUTER PROGRAMS AND RELATED TOPICS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-24-1995; IN COMMERCE 8-24-1995.

OWNER OF U.S. REG. NOS. 2,043,002, 2,128,057, AND OTHERS.

SN 75-432,067, FILED 2-10-1998.

BRETT TOLPIN, EXAMINING ATTORNEY

# Exhibit M

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,182,726

## United States Patent and Trademark Office

Registered Aug. 18, 1998

### TRADEMARK
#### PRINCIPAL REGISTER

## NETMEETING

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980525399

FOR: COMPUTER PROGRAMS FOR PRO-VIDING REAL-TIME, MULTIMEDIA, MULTI-PARTY COMMUNICATIONS OVER COMPUT-ER NETWORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-29-1996; IN COMMERCE 5-29-1996.

SN 75-107,491, FILED 5-21-1996.

ANGELA M. MICHELI, EXAMINING ATTOR-NEY

# Exhibit N

Int, Cl.: 9

Prior U.S. Cl.: 38

Reg. No. 1,475,795
d Feb. 9, 1988

Int. Cl.: 9

Prior U.S. Cl.: 38

United States Patent and Trademark Office

Corrected

Reg. No. 1,475,795
Registered Feb. 9, 1988
OG Date June 28, 1988

## TRADEMARK
## PRINCIPAL REGISTER

### POWERPOINT

COMMER(

987.

[NING ATT(

MICROSOFT CORPORATION (DELA-
WARE CORPORATION)
BOX 97017
16011 NE WAY
RODMOND, WA 930739717, ASSIGNEE
OF FORETHOUGHT, INC. (CALIFOR-
NIA CORPORATION) SUNNYVALE,
CA

FOR: PRERECORDED COMPUTER
PROGRAMS RECORDED ON MAGNET-
IC DISKS, IN CLASS 9 (U.S. CL. 38).

FIRST USE 4-20-1987; IN COMMERCE
4-20-1987.

SER. NO. 669,735, FILED 6-29-1987.



*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on June 28, 1988.*

*COMMISSIONER OF PATENTS AND TRADEMARKS*

# Exhibit O

Int. Cl.: 9

Prior U.S. Cls.: 26 and 38

## United States Patent and Trademark Office

Reg. No. 1,787,376
Registered Aug. 10, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## VISUAL BASIC

MICROSOFT CORPORATION (DELAWARE CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS; NAMELY, UTILITY PROGRAMS, LANGUAGE PROCESSORS AND INTERPRETERS, AND DOCUMENTATION SOLD THEREWITH AS A UNIT, IN CLASS 9 (U.S. CLS. 26 AND 38).

FIRST USE 5-15-1991; IN COMMERCE 5-15-1991.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BASIC", APART FROM THE MARK AS SHOWN.

SN 74-111,826, FILED 11-1-1990.

LINDA W. BUSHEE, EXAMINING ATTORNEY

# Exhibit P

Int. Cl.: 9

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,872,264
Registered Jan. 10, 1995

### TRADEMARK
### PRINCIPAL REGISTER

## WINDOWS

MICROSOFT CORPORATION (DELAWARE
CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS AND MANU-
ALS SOLD AS A UNIT; NAMELY, GRAPHICAL
OPERATING ENVIRONMENT PROGRAMS
FOR MICROCOMPUTERS, IN CLASS 9 (U.S.
CL. 38).

FIRST USE 10-18-1983; IN COMMERCE
10-18-1983.

SEC. 2(F).

SER. NO. 74-090,419, FILED 8-20-1990.

ESTHER BELENKER, EXAMINING ATTOR-
NEY

Int. Cl.: 9

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,875,069
Registered Jan. 24, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## WINDOWS

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399 , BY MERGER AND CHANGE OF NAME FROM MICROSOFT CORPORATION (DELAWARE CORPORATION) REDMOND, WA 980526399

FOR: CARTRIDGES CONTAINING SOFTWARE FOR OPERATING OR ENHANCING THE OPERATION OF LASER PRINTERS, WHICH CARTRIDGES ARE TO BE INSERTED INTO THE PRINTERS, AND ACCOMPANYING SOFTWARE FOR INSTALLATION IN COMPUTERS WHICH COMMUNICATE WITH THE PRINTERS, IN CLASS 9 (U.S. CL. 38).

FIRST USE 12-30-1992; IN COMMERCE 12-30-1992.

SER. NO. 74-274,174, FILED 5-8-1992.

ESTHER BELENKER, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21 and 38

**United States Patent and Trademark Office**

Reg. No. 1,989,386

Registered July 30, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## WINDOWS

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 98052 , BY MERGER, MERGER AND CHANGE OF NAME FROM MICRO-SOFT CORPORATION (DELAWARE CORPO-RATION) REDMOND, WA 980526399

FOR: SOUND SYSTEM FOR PERSONAL COMPUTERS COMPRISING CIRCUIT BOARD, MICROPHONE, HEADPHONES, COMPUTER PROGRAMS FOR RECORDING AND GENER-ATING SOUNDS FOR USE THEREWITH AND MANUALS THEREFOR SOLD AS A UNIT, IN CLASS 9 (U.S. CLS. 21 AND 38).

FIRST USE 10-1-1992; IN COMMERCE 10-1-1992.

OWNER OF U.S. REG. NOS. 1,872,264 AND 1,875,069.

SEC. 2(F).

SER. NO. 74-413,669, FILED 7-16-1993.

ESTHER BELENKER, EXAMINING ATTOR-NEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

Reg. No. 2,005,901

## United States Patent and Trademark Office

Registered Oct. 8, 1996

### TRADEMARK
### PRINCIPAL REGISTER

## WINDOWS

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: PUBLICATIONS, NAMELY USER MANUALS, INSTRUCTION GUIDES, REFERENCE GUIDES, NEWSLETTERS, MAGAZINES, BOOKS ABOUT COMPUTER PROGRAMS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 11-0-1985; IN COMMERCE 11-0-1985.

OWNER OF U.S. REG. NOS. 1,872,264 AND 1,947,103.

SEC. 2(F).

SER. NO. 74-716,365, FILED 8-16-1995.

ESTHER BELENKER, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,212,784

## United States Patent and Trademark Office

Registered Dec. 22, 1998

### SERVICE MARK
### PRINCIPAL REGISTER

## WINDOWS

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: ARRANGING AND CONDUCTING TRADE SHOWS FEATURING COMPUTERS, COMPUTER SOFTWARE AND COMPUTER SOFTWARE RELATED PRODUCTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-0-1991; IN COMMERCE 5-0-1991.
OWNER OF U.S. REG. NOS. 1,872,264, 1,955,219 AND OTHERS.
SEC. 2(F).

SER. NO. 75-371,267, FILED 10-10-1997.

ESTHER BELENKER, EXAMINING ATTOR-NEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,463,509

Registered June 26, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

# WINDOWS

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 98052

FOR: MAIL ORDER AND ON-LINE DISTRIBU-TORSHIP SERVICES FEATURING COMPUTER SOFTWARE AND PUBLICATIONS ON COMPUTER HARDWARE AND SOFTWARE; ON-LINE RETAIL SERVICES FEATURING COMPUTER HARDWARE, SOFTWARE AND PUBLICATIONS ON COMPUTER HARDWARE AND SOFTWARE; LICENSING OF COMPUTER SOFTWARE; ARRANGING AND CON-DUCTING TRADE SHOWS FEATURING COMPU-TERS, COMPUTER SOFTWARE AND COMPUTER

SOFTWARE RELATED PRODUCTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-0-1991; IN COMMERCE 5-0-1991.

OWNER OF U.S. REG. NOS. 1,872,264, 2,212,784 AND OTHERS.

SEC. 2(F).

SER. NO. 75-868,853, FILED 12-10-1999.

ROBERT LORENZO, EXAMINING ATTORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 2,463,510

Registered June 26, 2001

### SERVICE MARK
### PRINCIPAL REGISTER

## WINDOWS

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 98052

FOR: COMPUTER SERVICES, NAMELY PROVID-ING TECHNICAL SUPPORT, INFORMATION AND CONSULTATION SERVICES IN THE FIELDS OF COMPUTER HARDWARE, COMPUTER SOFT-WARE AND COMPUTER OPERATING SYSTEMS, ALL OFFERED VIA COMPUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; COM-PUTER HARDWARE AND SOFTWARE TESTING SERVICES; COMPUTER SERVICES, NAMELY PRO-VIDING SOFTWARE UPDATES VIA COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS; COMPUTER SERVICES, NAMELY PROVIDING AN ON-LINE MAGAZINE IN THE FIELD OF COMPUTERS AND COMPUTER SOFT-WARE; INTERNET SEARCH ENGINES SERVICES; PROVIDING ONLINE RESEARCH SERVICES FOR OTHERS IN VARIOUS FIELDS; LICENSING OF INTELLECTUAL PROPERTY . IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-0-1996; IN COMMERCE 5-0-1996.

OWNER OF U.S. REG. NOS. 1,872,264, 2,212,784 AND OTHERS.

SEC. 2(F).

SER. NO. 75-868,854, FILED 12-10-1999.

ROBERT LORENZO, EXAMINING ATTORNEY

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 2,463,526
Registered June 26, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

# WINDOWS

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 98052

FOR: PROVIDING INFORMATION OVER COMPUTER NETWORKS AND GLOBAL COMMUNICATION NETWORKS IN THE FIELDS OF ENTERTAINMENT, MUSIC, AND INTERACTIVE GAMES; EDUCATION SERVICES, NAMELY ONLINE TUTORIALS IN THE FIELD OF COMPUTERS AND COMPUTER SOFTWARE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 1-26-1998; IN COMMERCE 1-26-1998.

OWNER OF U.S. REG. NOS. 1,872,264, 2,212,784 AND OTHERS.

SEC. 2(F).

SER. NO. 75-879,977, FILED 12-22-1999.

ESTHER BELENKER, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,513,051

Registered Nov. 27, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## WINDOWS

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: SMART CARDS, NAMELY, MEMORY CARDS, INTEGRATED CIRCUIT CARDS, CARDS CONTAINING MICROCIRCUITS; OPERATING SYSTEM PROGRAMS AND UTILITY PROGRAMS FOR USE WITH SMART CARDS; COMPUTER SOFTWARE FOR USER AUTHENTICATION, SIGNATURE AND KEY SECURITY AND EXCHANGE, AND DATA EXCHANGE; COMPUTER PROGRAMS FOR DEVELOPING OTHER COMPUTER PROGRAMS; COMPILER PROGRAMS, DEBUGGER PROGRAMS AND UTILITY PROGRAMS FOR USE IN CREATING APPLICATIONS FOR USE ON AND WITH SMART CARDS AND OTHER SMART CARD PROGRAMS; COMPUTER PROGRAMS FOR ASSISTING DEVELOPERS IN CREATING PROGRAM CODE FOR USE ON AND WITH SMART CARDS AND OTHER SMART CARD PROGRAMS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 2-0-2000; IN COMMERCE 2-0-2000.

OWNER OF U.S. REG. NOS. 1,872,264, 1,875,069, AND OTHERS.

SEC. 2(F).

SN 75-573,286, FILED 10-20-1998.

ESTHER BELENKER, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,565,965

## United States Patent and Trademark Office

Registered Apr. 30, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## WINDOWS

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS FOR USE IN AUTOMOBILES, NAMELY, COMPUTER PROGRAMS FOR MONITORING AUTOMOBILE PERFORMANCE, FOR MAPPING AND NAVIGATION, FOR ELECTRONIC MAIL AND WIRELESS COMMUNICATIONS, FOR MAINTAINING PERSONAL DIRECTORIES, CONTACT LISTS, ADDRESS AND TELEPHONE NUMBER LISTS; OPERATING SYSTEM PROGRAMS AND UTILITIES; COMPUTER PROGRAMS FOR WALLET-SIZED PERSONAL COMPUTERS, NAMELY, PERSONAL INFORMATION MANAGER PROGRAMS WITH CALENDARS, CONTACT INFORMATION FILES AND TO DO LISTS; PROGRAMS FOR FACILITATING VOICE, TEXT AND PEN INPUT; ACCESS PROGRAMS FOR GLOBAL COMMUNICATION NETWORKS; COMPUTER PROGRAMS FOR ACCESSING GLOBAL COMMUNICATION NETWORKS AND DISPLAYING CONTENT THEREFROM; AND COMPUTER PROGRAMS FOR USE WITH HAND-HELD COMPUTERS, NAMELY, OPERATING SYSTEM AND UTILITY PROGRAMS; A FULL LINE OF BUSINESS APPLICATION PROGRAMS FOR USE WITH HAND-HELD COMPUTERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1984; IN COMMERCE 0-0-1984.

OWNER OF U.S. REG. NOS. 1,872,264, 2,005,901, AND OTHERS.

SEC. 2(F).

SN 75-980,682, FILED 10-10-1996.

ESTHER BELENKER, EXAMINING ATTORNEY

Exhibit Q

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,646,465
Registered Nov. 5, 2002

### TRADEMARK
### PRINCIPAL REGISTER

## XBOX

MICROSOFT CORPORATION (WASHINGTON
  CORPORATION)
LEGAL DEPARTMENT
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: VIDEO GAME PLAYER MACHINES FOR
USE WITH TELEVISIONS AND COMPUTERS; COM-
PUTER AND VIDEO GAME CONTROLLERS; COM-
PUTER SOFTWARE FOR PLAYING COMPUTER
AND VIDEO GAMES; OPERATING SYSTEM SOFT-
WARE PROGRAMS AND UTILITY PROGRAMS

FOR USE WITH THE ABOVE REFERENCED MA-
CHINES; USER MANUALS THEREFOR SOLD AS A
UNIT THEREWITH, IN CLASS 9 (U.S. CLS. 21, 23, 26,
36 AND 38).

FIRST USE 11-21-2001; IN COMMERCE 11-21-2001.

SN 75-981,476, FILED 10-18-1999.

LYNN A. LUTHEY, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 2,663,880

## United States Patent and Trademark Office

Registered Dec. 17, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## XBOX

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 98052

FOR: INTERACTIVE VIDEO GAME DEVICES COMPRISED OF COMPUTER HARDWARE AND SOFTWARE AND ACCESSORIES, NAMELY, GAME CONSOLES, GAME CONTROLLERS, AND SOFT-

WARE FOR OPERATING GAME CONTROLLERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-21-2001; IN COMMERCE 11-21-2001.

SN 75-982,801, FILED 2-25-2000.

CHRISTOPHER BUONGIORNO, EXAMINING AT-TORNEY

Int. Cls.: 9, 38, and 41

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, 104, and 107

**United States Patent and Trademark Office**

Reg. No. 2,698,179
Registered Mar. 18, 2003

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

# XBOX

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 98052

FOR: PROVIDING COMPUTER GAMES AND VIDEO GAMES DOWNLOADABLE OVER COMPUTER GLOBAL COMMUNICATIONS NETWORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-23-2002; IN COMMERCE 8-23-2002.

FOR: PROVIDING ON-LINE CHAT ROOMS FOR TRANSMISSION OF MESSAGES AMONG COMPUTER USERS CONCERNING VIDEO AND COMPUTER GAMES; PROVIDING ON-LINE ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG COMPUTER USERS CONCERNING VIDEO AND COMPUTER GAMES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 8-23-2002; IN COMMERCE 8-23-2002.

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING INTERACTIVE MULTIPLAYER GAME SERVICES FOR GAMES PLAYED OVER COMPUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; PROVIDING INFORMATION ON THE VIDEO GAME AND COMPUTER GAME INDUSTRIES VIA THE INTERNET; AND PROVIDING INFORMATION ON COMPUTER GAMES, VIDEO GAMES, VIDEO GAME CONSOLES AND ACCESSORIES THEREOF VIA THE INTERNET, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 8-23-2002; IN COMMERCE 8-23-2002.

SN 75-928,025, FILED 2-25-2000.

CHRISTOPHER BUONGIORNO, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,730,847
Registered June 24, 2003

## TRADEMARK
### PRINCIPAL REGISTER



MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: VIDEO GAME PLAYER MACHINES FOR USE WITH TELEVISIONS AND COMPUTERS, AND OPERATING SYSTEM SOFTWARE PROGRAMS AND COMPUTER UTILITY PROGRAMS FOR USE THEREWITH; ELECTRONIC DEVICES, NAMELY, COMPUTER HARDWARE FOR ACCESSING GLOBAL COMPUTER AND COMMUNICATION NETWORKS; AND OPERATING SYSTEM SOFTWARE PROGRAMS AND COMPUTER AND COMMUNICATION NETWORKS, AND OPERATING SYSTEM SOFTWARE PROGRAMS AND COMPUTER UTILITY PROGRAMS FOR USE THEREWITH; COMPUTER HARDWARE AND PERIPHERALS; COMPUTER GAME CONTROLLERS; COMPUTER GAME PADS AND CONTROLLERS; COMPUTER SOFTWARE FOR PLAYING VIDEO GAMES AND COMPUTER GAMES AND FOR ACCESSING AND BROWSING GLOBAL COMPUTER AND COMMUNICATION NETWORKS; COMPUTER SOFTWARE FOR COMPRESSING AND DECOMPRESSING DATA AND VIDEO IMAGES, WORD TEXT EDITING; COMPUTER GAME PROGRAMS AND COMPUTER VIDEO GAME PROGRAMS DOWNLOADABLE FROM GLOBAL COMPUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; AND USER MANUALS FOR ALL THE AFOREMENTIONED SOFTWARE AND DEVICES SOLD AS A UNIT THEREWITH, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-21-2001; IN COMMERCE 11-21-2001.

SN 78-975,045, FILED 9-8-2000.

IRENE D. WILLIAMS, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

United States Patent and Trademark Office

Corrected

Reg. No. 2,738,849

Registered July 15, 2003

OG Date Jan. 20, 2004

## SERVICE MARK
## PRINCIPAL REGISTER



MICROSOFT CORPORATION (WA-
SHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: ARRANGING AND CONDUCT-
ING TRADE SHOW EXHIBITIONS IN
THE FIELD OF VIDEO AND COMPUTER
GAMES FOR THE VIDEO GAME AND
COMPUTER GAME INDUSTRY; ORGA-
NIZING AND CONDUCTING EXHIBI-

TIONS TO ADVERTISE AND PROMOTE
THE SALE OF VIDEO AND COMPUTER
GAMES OF OTHERS; AND PROVIDING
TRADE INFORMATION ABOUT THE
COMPUTER GAME AND VIDEO GAME
INDUSTRY, IN CLASS 35 (U.S. CLS. 100,
101 AND 102).

FIRST USE 11-1-2001; IN COMMERCE
11-1-2001.

SER. NO. 78-025,107, FILED 9-8-2000.



*In testimony whereof I have hereunto set my hand*
*and caused the seal of The Patent and Trademark*
*Office to be affixed on Jan. 20, 2004.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,775,859
Registered Oct. 21, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## XBOX

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: TV AND VIDEO CONVERTERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-0-1998; IN COMMERCE 12-0-1998.

OWNER OF U.S. REG. NO. 2,646,465.

SER. NO. 78-193,098, FILED 12-10-2002.

PRISCILLA MILTON, EXAMINING ATTORNEY

Int. Cl.: 16

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50

**Reg. No. 2,776,769**

## United States Patent and Trademark Office

Registered Oct. 21, 2003

### TRADEMARK
### PRINCIPAL REGISTER



MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: PRINTED MATTER AND PUBLICATIONS, NAMELY MAGAZINES, BOOKS, NEWSLETTERS, MANUALS AND JOURNALS IN THE FIELDS OF VIDEO AND COMPUTER GAME INDUSTRIES, GENERAL VIDEO GAME AND COMPUTER GAME INFORMATION, AND VIDEO AND COMPUTER

GAME HARDWARE, SOFTWARE AND RELATED ACCESSORIES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 9-0-2001; IN COMMERCE 9-0-2001.

SN 78-025,106, FILED 9-8-2000.

ESTHER A. BORSUK, EXAMINING ATTORNEY

Int. Cls.: 35 and 41

Prior U.S. Cls.: 100, 101, 102, and 107

## United States Patent and Trademark Office

Reg. No. 2,786,794
Registered Nov. 25, 2003

## SERVICE MARK
### PRINCIPAL REGISTER

## XBOX

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 98052

FOR: ARRANGING AND CONDUCTING TRADE SHOWS RELATING TO THE VIDEO GAME AND COMPUTER GAME INDUSTRIES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 11-1-2001; IN COMMERCE 11-1-2001.

FOR: ENTERTAINMENT SERVICES, NAMELY, FEATURING GENERAL VIDEO GAME AND COM-PUTER GAME INFORMATION VIA THE INTER-NET ARRANGING AND CONDUCTING EXHIBITIONS IN THE NATURE OF COMPUTER GAMING TOURNAMENTS AND DEVELOPER CONFERENCES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-1-2001; IN COMMERCE 11-1-2001.

SN 75-928,026, FILED 2-25-2000.

CHRISTOPHER BUONGIORNO, EXAMINING AT-TORNEY

Int. Cls.: 38 and 41

Prior U.S. Cls.: 100, 101, 104, and 107

## United States Patent and Trademark Office

Reg. No. 2,792,744
Registered Dec. 9, 2003

## SERVICE MARK
### PRINCIPAL REGISTER



MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: PROVIDING ON-LINE CHAT ROOMS FOR TRANSMISSION OF MESSAGES AMONG COMPUTER USERS CONCERNING INTERACTIVE GAMES PLAYED OVER COMPUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 8-23-2002; IN COMMERCE 8-23-2002.

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING ON-LINE INTERACTIVE MULTI-PLAYER COMPUTER GAMES PLAYED VIA COMPUTER NETWORKS AND GLOBAL COMMUNICATIONS NETWORKS; PROVIDING INFORMATION ON-LINE RELATING TO COMPUTER GAMES, VIDEO GAMES AND COMPUTER AND VIDEO GAME RELATED PRODUCTS; AND ORGANIZING AND CONDUCTING EXHIBITIONS FOR USERS OF VIDEO AND COMPUTER GAMES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-1-2001; IN COMMERCE 11-1-2001.

SN 78-025,108, FILED 9-8-2000.

ESTHER A. BORSUK, EXAMINING ATTORNEY

Int. Cls.: **9 and 18**

Prior U.S. Cls.: **1, 2, 3, 21, 22, 23, 26, 36, 38, and 41**

Reg. No. **2,811,895**

## United States Patent and Trademark Office

Registered Feb. 3, 2004

### TRADEMARK
### PRINCIPAL REGISTER

## XBOX

MICROSOFT CORPORATION (WASHINGTON
  CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: CASES FOR CARRYING VIDEO GAME
CONSOLES AND CONTROLLERS; AND CASES
FOR CARRYING DVDS, IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

FIRST USE 11-15-2001; IN COMMERCE 11-15-2001.

FOR: BACKPACKS, IN CLASS 18 (U.S. CLS. 1, 2, 3,
22 AND 41).

FIRST USE 11-15-2001; IN COMMERCE 11-15-2001.

SN 78-975,188, FILED 5-1-2002.

LINDA E. BLOHM, EXAMINING ATTORNEY

Int. Cls.: **9 and 18**

Prior U.S. Cls.: **1, 2, 3, 21, 22, 23, 26, 36, 38, and 41**

**United States Patent and Trademark Office**

Reg. No. 2,841,854
Registered May 11, 2004

## TRADEMARK
### PRINCIPAL REGISTER



MICROSOFT CORPORATION (WASHINGTON
 CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

 FOR: CASES FOR CARRYING VIDEO GAME
CONSOLES AND CONTROLLERS; AND CASES
FOR CARRYING DVDS, IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

 FIRST USE 11-15-2001; IN COMMERCE 11-15-2001.

FOR: BACKPACKS, IN CLASS 18 (U.S. CLS. 1, 2, 3,
22 AND 41).

FIRST USE 11-15-2001; IN COMMERCE 11-15-2001.

SN 78-975,181, FILED 5-1-2002.

LINDA E. BLOHM, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

Reg. No. 2,907,179

**United States Patent and Trademark Office**    Registered Nov. 30, 2004

**TRADEMARK**
**PRINCIPAL REGISTER**



MICROSOFT CORPORATION (WASHINGTON
    CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: TRAVEL BAGS AND SCHOOL BAGS, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 11-15-2001; IN COMMERCE 11-15-2001.

SN 78-125,500, FILED 5-1-2002.

LINDA E. BLOHM, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

## United States Patent and Trademark Office

Reg. No. 2,934,666

Registered Mar. 22, 2005

### TRADEMARK
### PRINCIPAL REGISTER

## XBOX

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: TRAVEL BAGS AND SCHOOL BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 11-15-2001; IN COMMERCE 11-15-2001.

SER. NO. 78-125,498, FILED 5-1-2002.

LINDA E. BLOHM, EXAMINING ATTORNEY

# Exhibit R

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 2,902,268
Registered Nov. 9, 2004

## SERVICE MARK
## PRINCIPAL REGISTER

### XBOX LIVE

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: ENTERTAINMENT SERVICES, NAMELY, PROVIDING INTERACTIVE, MULTIPLAYER GAME SERVICES FOR GAMES PLAYED OVER THE INTERNET; PROVIDING INFORMATION ABOUT ONLINE COMPUTER GAMES AND VIDEO GAMES VIA THE INTERNET; AND ARRANGING AND CONDUCTING COMPETITIONS FOR VIDEO GAMERS AND COMPUTER GAME PLAYERS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-15-2002; IN COMMERCE 11-15-2002.

OWNER OF U.S. REG. NOS. 2,646,465 AND 2,663,880.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LIVE", APART FROM THE MARK AS SHOWN.

SN 78-168,878, FILED 9-27-2002.

NORA BUCHANAN WILL, EXAMINING ATTORNEY

Int. Cl.: 38

Prior U.S. Cls.: 100, 101, and 104

**United States Patent and Trademark Office**

Reg. No. 2,940,679

Registered Apr. 12, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

# XBOX LIVE

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: PROVIDING MULTIPLE-USER ACCESS TO THE INTERNET VIA CABLE AND TELEPHONE NETWORKS; VOICE CHAT AND WEB MESSAGING SERVICES; AND TRANSMISSION OF INTERACTIVE AUDIO AND VIDEO SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 11-15-2002; IN COMMERCE 11-15-2002.

OWNER OF U.S. REG. NOS. 2,646,465 AND 2,663,880.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LIVE", APART FROM THE MARK AS SHOWN.

SN 78-168,877, FILED 9-27-2002.

NORA BUCHANAN WILL, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36, and 38**

**Reg. No. 2,940,682**

## United States Patent and Trademark Office

Registered Apr. 12, 2005

### TRADEMARK
### PRINCIPAL REGISTER

## XBOX LIVE

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: DOWNLOADABLE COMPUTER PRO-GRAMS FOR PLAYING COMPUTER GAMES AND VIDEO GAMES OVER THE INTERNET; COMPU-TER PROGRAMS FOR COMPUTER GAME AND VIDEO GAME USERS TO USE IN ACCESSING AND PLAYING ONLINE COMPUTER GAMES AND VI-DEO GAMES; HEADSETS, NAMELY, HEAD-PHONES AND MICROPHONE UNITS FOR USE WITH ONLINE COMPUTER GAME AND VIDEO GAME SERVICES; ELECTRONIC DEVICES FOR USE WITH ONLINE COMPUTER GAME AND VI-DEO GAME SERVICES; AND DEVICES USED TO FACILITATE INTERACTIVE GAME PLAY OVER COMPUTER NETWORKS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-15-2000; IN COMMERCE 11-15-2002.

OWNER OF U.S. REG. NOS. 2,646,465 AND 2,663,880.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LIVE", APART FROM THE MARK AS SHOWN.

SN 78-168,881, FILED 9-27-2002.

NORA BUCHANAN WILL, EXAMINING ATTOR-NEY

# Exhibit S

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 3,252,556

**United States Patent and Trademark Office**    Registered June 12, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# XBOX 360

MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: INTERACTIVE VIDEO GAME DEVICES COMPRISED OF COMPUTER HARDWARE AND SOFTWARE AND ACCESSORIES, NAMELY, GAME CONSOLES, GAME CONTROLLERS AND SOFTWARE FOR OPERATING GAME CONTROLLERS; ELECTRONIC DEVICES, NAMELY, COMPUTER HARDWARE FOR ACCESSING GLOBAL COMPUTER AND COMMUNICATION NETWORKS; COMPUTER HARDWARE AND COMPUTER PERIPHERALS; CAMERAS; COMPUTER SOFTWARE FOR PLAYING VIDEO GAMES AND COMPUTER GAMES WITH OTHERS VIA A GLOBAL COMPUTER OR COMMUNICATION NETWORK AND FOR ACCESSING AND BROWSING GLOBAL COMPUTER AND COMMUNICATION NETWORKS; COMPUTER SOFTWARE FOR COMPRESSING AND DECOMPRESSING DATA AND VIDEO IMAGES, WORD TEXT EDITING AND FOR COMPOSING, TRANSMITTING AND RECEIVING EMAIL; OPERATING SYSTEM SOFTWARE PROGRAMS AND UTILITY PROGRAMS FOR USE WITH THE ABOVE REFERENCED MACHINES; USER MANUALS THEREFORE SOLD AS A UNIT THEREWITH; COMPUTER PROGRAMS, NAMELY, GAME SOFTWARE FOR USE ON COMPUTERS AND VIDEO GAME PLAYERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-22-2005; IN COMMERCE 11-22-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,646,465 AND 2,698,179.

SN 78-977,810, FILED 5-12-2005.

ARETHA SOMERVILLE, EXAMINING ATTORNEY