**UNITED STATES DISTRICT COURT**
**FOR THE United States District Court for the Western District of Washington**

TO: COUNSEL OF RECORD AND PARTIES PRO SE:

FROM: AGALELEI ELKINGTON , Deputy Clerk

RE: NOTICE OF INITIAL ASSIGNMENT TO A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND REQUIREMENT FOR CONSENT:

This is to advise that your case has been initially assigned to United States Magistrate Judge Monica J. Benton. This case will be retained by the magistrate judge for any and all proceedings only in the event that all parties consent to such assignment. You are referred to 28 U.S.C. 636(c), F.R.C.P. 73 and Local MJR 13.

You are not required to consent to the assignment of this case to the Magistrate Judge. The withholding of consent will not result in any type of adverse consequence. If a party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case will be assigned. In the event that a party does not consent, this case will be reassigned to a yet undesignated United States District Judge.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

Should you elect to consent pursuant to 28 U.S.C. 636(c), please return the enclosed consent form by the date indicated on the form by either faxing the executed form to 206−370−8425 or mailing to **700 Stewart St., Lobby Level, Seattle Washington 98101** to the attention of **Agalelei Elkington, Deputy Clerk.**

**Please note that the forms must not be electronically filed with the court.**

UNITED STATES DISTRICT COURT
FOR THE United States District Court for the Western District of Washington

Microsoft Corporation

                Plaintiff,

v.                                          Case No.: 2:07–cv–01398–MJB
                                          Hon. Monica J. Benton

Oleksiy Kovyrin, et al.

                Defendant.

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. Section 636(c), F.R.C.P. 73 and Local MJR 13, the party/parties to the above captioned matter hereby waive their right to proceed before a Judge of the United States District Court and consent to have **United States Magistrate Judge Monica J. Benton** conduct any and all further proceedings in the case and order the entry of a final judgment.

Attorney's/Party's Signature        Representing Pltf/Deft        Date

If you consent, please return this form by **10/23/2007** to the attention of **Agalelei Elkington By FAX 206–370–8425 Or by mail** at CLERK, U.S. District Court, 700 Stewart St., Lobby Level, Seattle Washington 98101

**PLEASE NOTE:** Consents must not be electronically filed with the court.