07-CV-01398-PRAE

FILED ___ ENTERED
LODGED ___ RECEIVED

SEP 10 2007 DB

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICROSOFT CORPORATION, a Washington Corporation,

    Plaintiff,

v.

OLEKSIY KOVYRIN a/k/a ALEXEY KOVYRIN, a Canadian resident, d/b/a DIGI REAL ESTATE FOUNDATION; DIGI REAL ESTATE FOUNDATION; and John Does 1-10.

    Defendants.

No. C07-1398 MJB

PRAECIPE TO ISSUE SUMMONS

TO THE CLERK OF THE COURT:

A Complaint for Damages and Equitable Relief was filed today in this matter. We hereby request the Clerk of the Court to issue the attached Summonses in a Civil Action to the defendants.

DATED this 10th day of September, 2007.

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

By _____
David A. Bateman, WSBA # 14262
Pallavi Mehta Wahi WSBA # 32799
Attorneys for Plaintiff
Microsoft Corporation

PRAECIPE TO ISSUE SUMMONSES - 1
K:\00103\02935\A1W\A1W_P20AQ

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022