AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _Western District of Washington_ on the following ☐ Patents or **x** Trademarks:

| DOCKET NO.<br>CV07-1398 MJB | DATE FILED<br>09/10/2007 | U.S. DISTRICT COURT<br>Western District of Washington |
|---|---|---|
| PLAINTIFF<br>Microsoft Corporation | | DEFENDANT<br>Oleksiy Kovyrin a/k/a Alexey Kovyrin, d/b/a Digi Real Estate Foundation et. al |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | *See Exhibit A* | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Bruce Rifkin/by Melody Byrd, Deputy Clerk | | |

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy

Exhibit A

| TRADEMARK REG. NO. | DATE | OWNER |
|---|---|---|
| 3,238,869 | 05/08/07 | Microsoft Corporation |
| 2,137,862 | 02/17/98 | Microsoft Corporation |
| 2,427,279 | 02/06/01 | Microsoft Corporation |
| 2,457,667 | 06/05/01 | Microsoft Corporation |
| 3,006,358 | 10/11/05 | Microsoft Corporation |
| 2,767,069 | 09/23/03 | Microsoft Corporation |
| 2,051,539 | 04/08/97 | Microsoft Corporation |
| 2,942,050 | 04/19/05 | Microsoft Corporation |
| 2,598,381 | 07/23/02 | Microsoft Corporation |
| 2,837,420 | 04/27/04 | Microsoft Corporation |
| 2,165,601 | 06/16/98 | Microsoft Corporation |
| 2,277,112 | 09/14/99 | Microsoft Corporation |
| 2,199,349 | 10/27/98 | Microsoft Corporation |
| 2,508,485 | 11/20/01 | Microsoft Corporation |
| 1,200,236 | 07/06/82 | Microsoft Corporation |
| 1,966,382 | 04/09/96 | Microsoft Corporation |
| 2,250,973 | 06/08/99 | Microsoft Corporation |
| 2,285,870 | 10/12/99 | Microsoft Corporation |
| 2,153,763 | 04/28/98 | Microsoft Corporation |
| 2,201,105 | 11/03/98 | Microsoft Corporation |
| 2,418,517 | 01/09/01 | Microsoft Corporation |
| 2,459,987 | 06/12/01 | Microsoft Corporation |
| 2,182,726 | 08/18/98 | Microsoft Corporation |
| 1,475,795 | 02/09/88 | Microsoft Corporation |
| 1,787,376 | 08/10/93 | Microsoft Corporation |
| 1,872,264 | 01/10/95 | Microsoft Corporation |
| 1,875,069 | 01/24/95 | Microsoft Corporation |
| 1,989,386 | 07/30/96 | Microsoft Corporation |
| 2,005,901 | 10/08/96 | Microsoft Corporation |
| 2,212,784 | 12/22/98 | Microsoft Corporation |
| 2,463,509 | 06/26/01 | Microsoft Corporation |
| 2,463,510 | 06/26/01 | Microsoft Corporation |
| 2,463,526 | 06/26/01 | Microsoft Corporation |
| 2,513,051 | 11/27/01 | Microsoft Corporation |
| 2,565,965 | 04/30/02 | Microsoft Corporation |
| 2,646,465 | 11/05/02 | Microsoft Corporation |
| 2,663,880 | 12/17/02 | Microsoft Corporation |
| 2,698,179 | 03/18/03 | Microsoft Corporation |
| 2,730,847 | 06/24/03 | Microsoft Corporation |
| 2,738,849 | 07/15/03 | Microsoft Corporation |
| 2,775,859 | 10/21/03 | Microsoft Corporation |
| 2,776,769 | 10/21/03 | Microsoft Corporation |
| 2,786,794 | 11/25/03 | Microsoft Corporation |
| 2,792,744 | 12/09/03 | Microsoft Corporation |
| 2,811,895 | 02/03/04 | Microsoft Corporation |
| 2,841,854 | 05/11/04 | Microsoft Corporation |
| 2,907,179 | 11/30/04 | Microsoft Corporation |

| | | |
|---|---|---|
| 2,934,666 | 03/22/05 | Microsoft Corporation |
| 2,902,268 | 11/09/04 | Microsoft Corporation |
| 2,940,679 | 04/12/05 | Microsoft Corporation |
| 2,940,682 | 04/12/05 | Microsoft Corporation |
| 3,252,556 | 06/12/07 | Microsoft Corporation |