The Honorable Monica J. Benton

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation,<br><br>            Plaintiffs,<br><br>  v.<br><br>OLEKSIY KOVYRIN a/k/a ALEXEY KOVYRIN, a Canadian resident, d/b/a DIGI REAL ESTATE FOUNDATION; DIGI REAL ESTATE FOUNDATION; and John Does 1-10,<br><br>            Defendants. | No. 07-1398 MJB<br><br>**NOTICE OF APPEARANCE FOR DEFENDANT OLEKSIY KOVYRIN a/k/ ALEXEY KOVYRIN** |

PLEASE TAKE NOTICE THAT DEFENDANT OLEKSIY KOVYRIN, a/k/a ALEXEY KOVYRIN without waiving objections as to lack of or improper service, service of process, venue, or jurisdiction, enters an appearance in this action by and through the undersigned attorneys. Please serve all further papers, notices, and correspondence relating to the this matter, except original process, on the attorneys

NOTICE OF APPEARANCE - 1

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

1  referenced below at the address as stated.

   DATED this 28th day of September, 2007.

                            **NEWMAN & NEWMAN,**
                            **ATTORNEYS AT LAW, LLP**

                    By:     _____
                            Derek A. Newman, WSBA No. 26967
                            *derek@newmanlaw.com*
                            Derek Linke, WSBA No. 38314
                            *linke@newmanlaw.com*

NOTICE OF APPEARANCE - 2

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800