# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of September, 2007, I electronically filed the foregoing **NOTICE OF APPEARANCE FOR DEFENDANT OLEKSIY KOVYRIN a/k/a ALEXEY KOVYRIN, AND CERTIFICATE OF SERVICE** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

### Via Notice of Electronic Filing:

David A. Bateman, Esq.
Kirkpatrick & Lockhart, Preston Gates Ellis LLP
Email: David.Bateman@klgates.com

I declare under penalty of perjury under the laws of the United States and the State of Washington that the forgoing is true and correct and that this declaration was executed on September 28th, 2007, at Seattle, Washington.

_____
Diana Au

CERTIFICATE OF SERVICE

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800