The Honorable Monica J. Benton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OLEKSIY KOVYRIN a/k/a ALEKSEY KOVYRIN, a Canadian resident, d/b/a DIGI REAL ESTATE FOUNDATION; DIGI REAL ESTATE FOUNDATION; and John Does 1-10<br><br>Defendants. | No. 07-cv-01398-MJB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR DEFENDANT KOVYRIN'S ANSWER** |

## STIPULATION

Plaintiff Microsoft Corporation and Defendant Oleksiy Kovyrin, a/k/a Alexey Kovyrin, stipulate and respectfully request the date for Defendant Kovyrin to answer Plaintiff's Complaint in the above-captioned matter be changed from October 2, 2007 to November 2, 2007. The parties request this extension to provide them with an

STIPULATION AND [PROPOSED] ORDER
CONT. DATE FOR DEF.S' ANSWER - 1
[No. 07-cv-01398-MJB]

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

opportunity to continue settlement discussions while minimizing unnecessary costs.

DATED this 15th day of October, 2007.

| | |
|---|---|
| **NEWMAN & NEWMAN**<br>**ATTORNEYS AT LAW, LLP** | **KIRKPATRICK & LOCKHART**<br>**PRESTON GATES ELLIS LLP** |
| *[signature]* | /s/ David Bateman with Authorization |
| Derek A. Newman, WSBA No. 26967<br>Derek Linke, WSBA No. 38314 | David A. Bateman, WSBA No. 14262<br>Pallavi Mehta Wahi, WSBA No. 32799 |
| Attorneys for Defendant Oleksiy<br>Kovyrin, a/k/a Alexey Kovyrin | Attorneys for Plaintiff Microsoft<br>Corporation |

## ORDER

IT IS HEREBY ORDERED that the deadline for Defendant Oleksiy Kovyrin, a/k/a Alexey Kovyrin to answer Plaintiff Microsoft Corporation's Complaint (Dkt. # 1) in the above-captioned matter is November 2, 2007.

DATED this____ day of _____, 200___.

_____
UNITED STATES MAGISTRATE JUDGE
MONICA J. BENTON

STIPULATION AND [PROPOSED] ORDER
CONT. DATE FOR DEF.S' ANSWER - 2
[No. 07-cv-01398-MJB]

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800