# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of October, 2007, I electronically filed the foregoing **STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR DEFENDANT KOVYRIN'S ANSWER, AND CERTIFICATE OF SERVICE** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Via Notice of Electronic Filing:**

David A. Bateman, Esq.
Kirkpatrick & Lockhart, Preston Gates Ellis LLP
Email: David.Bateman@klgates.com

I declare under penalty of perjury under the laws of the United States and the State of Washington that the forgoing is true and correct and that this declaration was executed on October 15th, 2007, at Seattle, Washington.

_____
Diana Au

CERTIFICATE OF SERVICE

**NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

Dockets.Justia.com