The Honorable Monica J. Benton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>OLEKSIY KOVYRIN a/k/a ALEXEY KOVYRIN, a Canadian resident, d/b/a DIGI REAL ESTATE FOUNDATION; DIGI REAL ESTATE FOUNDATION; and John Does 1-10.<br><br>Defendants. | No. C07-1398 MJB<br><br>JOINT STATUS REPORT |

Pursuant to the Court's September 12, 2007 order, the parties take this opportunity to advise the Court that they have settled this matter. Settlement documentation will be forthcoming shortly.

DATED this 24th day of October, 2007.

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By   /s/ David A. Bateman
   David A. Bateman, WSBA # 14262
   Pallavi Mehta Wahi, WSBA #32799
Attorneys for Plaintiff Microsoft Corporation
925 Fourth Ave., Suite 2900
Seattle, WA  98104   (206) 623-7580
david.bateman@klgates.com

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

By   /s/ Derek A. Newman
   Derek A. Newman, WSBA # 26967
   Derek Linke, WSBA #38314
Attorneys for Defendant Oleksiy Kovyrin
505 Fifth Ave. S., Suite 610
Seattle, WA  98104   (206) 274-2800
derek@newmanlaw.com

JOINT STATUS REPORT-1
K:\2000103\03040\20332_DAB\20332P23YP

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022