UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>OLEKSIY KOVYRIN a/k/a ALEXIEY KOVYRIN, a Canadian resident, d/b/a DIGI REAL ESTATE FOUNDATION: DIJI REALESTATE FOUNDATION; and JOHN DOES 1-10,<br>    Defendant. | C07-1398MJP<br>MINUTE ORDER |

The following Minute Order is made at the direction of the Clerk of Court, Bruce Rifkin:

Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004 regarding consent to proceed before the Magistrate Judge, this action has been reassigned to the **Honorable Marsha J. Pechman**, United States District Court Judge. All future documents filed in this case must bear the cause number **C07-1398MJP** and bear the Judge's name in the upper right hand corner of the document.

Dated this 7th day of November, 2007.
Bruce Rifkin, Clerk of Court

By *Agalelei Elkington*
   Agalelei Elkington, Deputy Clerk